```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

MILENY MARTINEZ and LUIS
CARBALLET,

      Plaintiffs,

v.                              Case No: 2:25-cv-150-JES-NPM

NATIONWIDE MUTUAL INSURANCE
COMPANY,

      Defendant.

_____

## ORDER

    This matter comes before the Court on review of the file. On March 31, 2025, finding no response to defendant's Motion to Dismiss Count II of Plaintiffs' Complaint (Doc. #12), plaintiffs were directed to file a response by this same date. (Doc. #19.) In response, plaintiffs filed a Notice of Voluntary Dismissal of Count II of Complaint (Doc. #20) seeking dismissal of Count II without prejudice pursuant to Fed. R. Civ. P. 41(a).

    Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an <u>action</u> without a court order. Fed. R. Civ. P. 41(a)(1)(A). "A plain reading reveals that the Rule does not authorize the voluntary dismissal of individual claims; rather, the Rule requires that a plaintiff dismiss the entire action." <u>In re Esteva</u>, 60 F.4th 664, 675 (11th Cir. 2023). The same is true of Rule 41(a)(2), which allows dismissal of an

"action" at plaintiff's request by court order. <u>Rosell v. VMSB, LLC</u>, 67 F.4th 1141, 1144 (11th Cir. 2023) (In the Eleventh Circuit, "a Rule 41(a)(2) dismissal can only be for an entire action, and not an individual claim.")  <u>See</u> <u>also</u> <u>City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.</u>, 82 F.4th 1031, 1039 (11th Cir. 2023).

While voluntary dismissal is not appropriate, plaintiffs' notice will be construed as a consent to the motion for dismissal of Count II.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion to Dismiss Count II of Plaintiffs' Complaint (Doc. #12) is **GRANTED** as unopposed and Count II is dismissed without prejudice.
2. Plaintiffs shall file an amended complaint without Count II.

**DONE and ORDERED** at Fort Myers, Florida, this __8th__ day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record